# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00855-CV

---

**The State Board for Educator Certification, Appellant**

**v.**

**Leo J. Tran, Appellee**

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-16-001802, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on February 24, 2021, is hereby withdrawn.

It is so ordered March 1, 2021.

Before Chief Justice Rose, Justices Goodwin and Baker
  Chief Justice Rose Not Participating